IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| SAMUEL NUNLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-CV-138 |
| | ) | |
| HOUCHENS FOOD GROUP, INC. | ) | Judge Greer |
| d/b/a WHITE'S IGA, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties herein, by and through counsel, hereby announce to this Honorable Court that all matters in controversy have been fully resolved between the parties. The parties agree that this case should be dismissed with full prejudice as to the refiling of this action and as to any and all actions which have arisen to date out by and between Plaintiff, Samuel Nunley, and Defendant, Houchens Food Group, Inc., d/b/a White's IGA. The parties further agree that all of the Plaintiff's claims brought or which could have been brought against Defendant are dismissed with prejudice.

The parties further agree that each party shall be responsible for its/his own costs and attorneys' fees associated with this action.

RESPECTFULLY SUBMITTED:

s/ Charlton R. DeVault, Jr.
Charlton R. DeVault, Jr., TN BPR 000428
Attorney for Plaintiff
102 Broad Street
Kingsport, Tennessee
(423) 246-3601
crdevault@charter.net

s/ Kelly A. Campbell
Kelly A. Campbell, TN BPR 013146
Attorney for Defendant
Wimberly Lawson Seale Wright & Daves, PLLC
929 W. 1st North Street
Morristown, Tennessee
(423) 587-6870
kcampbell@wimberlylawson.com